[No. 10,675.—Department Two.]

## THE PEOPLE v. JOHN HENNESSY.

BURGLARY — DEGREES OF OFFENSE — SUFFICIENCY OF EVIDENCE.

APPEAL from a judgment of conviction and from an order denying a new trial in the Superior Court of the City and County of San Francisco. FERRAL, J.

The defendant was found guilty of burglary in the second degree. The offense was committed in the night-time.

*L. Quint,* for Appellant.

*A. L. Hart,* Attorney General, for Respondent.

The COURT:

The evidence, as we view it, was sufficient to justify the verdict, and the charge of the Court to the jury was as favorable to the defendant as the law would permit. No error appearing in the record, the judgment and order appealed from must be affirmed.

Judgment and order affirmed.